1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE SOLIS, individually, and as class representative, | No. CV06-1135 SVW (CTx) |
| Plaintiff, | JUDGMENT ON REMAINING FEDERAL CLAIMS AND STATE LAW CLAIMS |
| vs. | |
| SHERIFF LEROY D. BACA, et al. | |
| Defendants. | |

## JS-6

Plaintiffs' equal protection claims under 42 U.S.C. §1983 having been abandoned, and summary judgment having been granted Defendants on their Fourth Amendment claim under 42 U.S.C. §1983, IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing on their Fourth Amendment claim – the only federal claim now in the case – and that the action be dismissed on the merits.

1       The Court declines to retain jurisdiction on the state law claims.  Plaintiffs are

2  granted leave to re-file these claims in state court.

3

4

5

6  DATED: October 18, 2012

7                       THE HON. STEPHEN V. WILSON

8                       UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28